# United States Court of Appeals
## For the First Circuit

No. 15-1278

DANIEL GRAJALES, WANDA I. GONZÁLEZ, CONJUGAL PARTNERSHIP
GRAJALES-GONZÁLEZ,

Plaintiffs, Appellants,

v.

PUERTO RICO PORTS AUTHORITY,

Defendant, Appellee,

MIGUEL ALCOVER, ELMER EMERIC, GONZALO GONZÁLEZ-SANTINI, ÁLVARO
PILAR-VILAGRÁN, CARLOS TRAVIESO, MANUEL VILLÁZAN-LIG-LONG, each
in his personal and official capacities,

Defendants.

**ERRATA SHEET**

The opinion of this Court issued on July 26, 2016, is amended
as follows:

Page 30, Line 18: "PRPA" is replaced with "the Commonwealth"